182

MARGARET H. MORRIS, PETITIONER-PETITIONER, v. HER-
MANN FORWARDING CO., RESPONDENT-RESPONDENT.

*Mr. Alvin B. Lebar* for the petitioner.

*Messrs. Shaw, Hughes & Pindar* and *Mr. William T. McElroy* for the respondent.

January 10, 1955. Granted.

HAROLD W. WALSH, PLAINTIFF-APPELLANT, v. DEPART-
MENT OF CIVIL SERVICE, *ET AL.*, DEFENDANTS-RE-
SPONDENTS.

*Mr. Jacob J. Levey* and *Mr. Leo Rosenblum* for the peti-
tioner.

*Mr. Grover C. Richman, Jr.*, Attorney-General, and *Mr. John F. Crane* for the respondent.

See same case below: 32 *N. J. Super.* 39.

January 10, 1955. Granted.